MICHAEL J. HEYMAN
United States Attorney

CHARLES SCHMITZ
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: charles.schmitz@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIFFANY ANN ADAMS,<br><br>Defendant. | No. 3:26-cr-00089-SLG-KFR<br><br><u>COUNT 1</u><br>THEFT AND ATTEMPTED THEFT OF MAIL<br>Vio. of 18 U.S.C. § 1708<br><br><u>COUNT 2</u><br>POSSESSION OF STOLEN MAIL<br>Vio. of 18 U.S.C. § 1708<br><br><u>COUNT 3</u><br>FALSE IMPERSONATION OF A FEDERAL EMPLOYEE<br>Vio. of 18 U.S.C. § 912 |

**INDICTMENT**

The Grand Jury charges that:

<u>COUNT 1</u>

On or about August 21, 2026, within the District of Alaska, the defendant, TIFFANY ANN ADAMS, stole, took, abstracted, and by fraud or deception obtained, and

attempted to obtain, from and out of any mail, letter box, mail receptacle, and any mail route and other authorized depository for mail matter, any letter, postal card, package, bag, and mail, and secreted and embezzled any letter, postal card, package, bag, and mail, and any article or thing contained therein.

All of which is in violation of 18 U.S.C. § 1708.

COUNT 2

On or about August 21, 2026, within the District of Alaska, the defendant, TIFFANY ANN ADAMS, received and concealed, and unlawfully had in her possession, any letter, postal card, package, bag, and mail, and any article and thing contained therein, which had been stolen, taken, embezzled, and abstracted, as herein described, knowing it was stolen, taken, embezzled, and abstracted.

All of which is in violation of 18 U.S.C. § 1708.

COUNT 3

On or about August 21, 2026, within the District of Alaska, the defendant, TIFFANY ANN ADAMS, falsely assumed and pretended to be an officer and employee acting under the authority of the United States, namely a United States Postal Service mail carrier, and acted as such, and in such pretended character demanded and obtained any money, paper, document, and thing of value.

All of which is in violation of 18 U.S.C. § 912.

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Charles Schmitz
CHARLES SCHMITZ
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney

DATE: 10/20/26